■ In the Matter of GLORIA GONZALEZ, Respondent, v STATE OF NEW YORK OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE, Appellant. [932 NYS2d 487]—

The subject petition raised an issue of substantial evidence and thus the proceeding should have been transferred to this Court pursuant to CPLR 7804 (g) (*see e.g. Matter of Verdell v Lincoln Amsterdam House, Inc.*, 27 AD3d 388 [2006]). Accordingly, we will "treat the substantial evidence issues de novo and decide all issues as if the proceeding had been properly transferred" (*Matter of Jimenez v Popolizio*, 180 AD2d 590, 591 [1992]).

The determination to discontinue petitioner's public assistance benefits after she failed to return the required eligibility questionnaire is supported by substantial evidence (*see 300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176, 181-182 [1978]). There exists no basis to disturb the credibility determinations of the Administrative Law Judge (*see Matter of Berenhaus v Ward*, 70 NY2d 436, 443-444 [1987]). Concur—Andrias, J.P., Friedman, DeGrasse, Freedman and Manzanet-Daniels, JJ.